No. 86–616.   Rogers *v.* United States.   C. A. 5th Cir. Certiorari denied.

No. 86–617.   Becker et al. *v.* Commissioner of Internal Revenue.   C. A. 7th Cir.   Certiorari denied.

No. 86–627.   Montgomery et al. *v.* Board of Zoning Adjustments of City of New Orleans et al.   Ct. App. La., 4th Cir.   Certiorari denied.

No. 86–658.   Bader et al. *v.* Department of Transportation, Federal Aviation Administration.   C. A. Fed. Cir. Certiorari denied.

No. 86–659.   Reynolds et al. *v.* Department of Transportation, Federal Aviation Administration.   C. A. Fed. Cir. Certiorari denied.

No. 86–660.   Bruce *v.* Department of Transportation, Federal Aviation Administration.   C. A. Fed. Cir.   Certiorari denied.

No. 86–661.   Allen et al. *v.* Department of Transportation, Federal Aviation Administration.   C. A. Fed. Cir. Certiorari denied.

No. 86–5017.   Graybill *v.* United States Postal Service. C. A. Fed. Cir.   Certiorari denied.

No. 86–5054.   Mendiola-Navarette *v.* United States. C. A. 9th Cir.   Certiorari denied.

No. 86–5077.   Ruffen *v.* United States.   C. A. 9th Cir. Certiorari denied.

No. 86–5081.   Riley *v.* United States.   C. A. 8th Cir. Certiorari denied.

No. 86–5118.   Craig *v.* Engle, Deputy Director, Correctional Programs, et al.   C. A. 6th Cir.   Certiorari denied.

No. 86–5187.   Reeves *v.* United States.   C. A. 6th Cir. Certiorari denied.